## STATEMENT OF FACTS

On Friday, June 2, 2006, at about 9:55 p.m., sworn officers with the Metropolitan Police Department's Narcotics Special Investigation Division Prostitution Enforcement Unit were conducting covert operations in reference to citizen complaints of prostitution activity in the 900 block of Taylor Street, N.W., Washington, D.C. An undercover officer and the defendant, Nathaniel Taylor, engaged in a conversation about the undercover officer performing a sexual act on the defendant in exchange for money. The undercover officer gave a pre-arranged signal at which time arrest teams stopped the defendant. The defendant was positively identified by the undercover officer as the person who made the offer. A search of the defendant incident to arrest revealed a ziplock bag with 3 small zips containing a white rock-like substance. Also recovered from the defendant was $380.00 in U.S. Currency. A portion of the white rock-like substance field tested positive for cocaine. Recovered from under the front passenger seat, where the defendant had been seated, was a loaded Hi-Point .45 caliber semi-automatic handgun. Officers also recovered a ziplock, which contained a white rock-like substance, on the ground beside the defendant's foot. To the best of the undersigned officer's knowledge, defendant Nathaniel Taylor has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in the United States District Court for the District of Columbia, Criminal Case No. 95-336. Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crimes. He wrote his initials on the computer print-outs that he reviewed, so that he would recognize it again in the future. To the best of this officer's knowledge, there are no Hi-Point .45 caliber handguns nor ammunition manufactured in the District of Columbia.

---

OFFICER GEORGE SINGLETARY
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME ON THIS ___ DAY OF JUNE, 2006.

---

U.S. MAGISTRATE JUDGE