2006 FDC 011213          File Date: **06/03/2006**

# UNITED STATES Vs. NATHANIEL TAYLOR          06 - 258 - M - 01

PDID #
Lock up number:

**FILED**

JUN 0 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT